*William F. Gallagher* and *Thomas McNamara,* in opposition.

Decided April 21, 2005

### AAAA LEGAL SERVICES, P.C., ET AL. *v.* ILLINOIS UNION INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 25904) is denied.

*Neil Johnson,* in support of the petition.

*Philip T. Newbury, Jr.,* in opposition.

Decided April 21, 2005

### JACK DOE *v.* HARTFORD ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

The petition by the proposed intervenor Roger J. Frechette for certification for appeal from the Appellate Court is denied.

*Roger J. Frechette,* in support of the petition.

Decided April 21, 2005

### PHOENIX WINDOWS, INC. *v.* VIKING CONSTRUCTION, INC.

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 74 (AC 24297), is denied.

*Neal L. Moskow,* in support of the petition.

*John H. Hanks,* in opposition.

Decided April 27, 2005